[B2500e] [Summons to Debtor in Involuntary Case for Summary Judgment]

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

In re:              Mohela                              Case No. 3:23−bk−02199−JAB
                    633 Spirit Drive                    Chapter 7
                    Chesterfield, MO 63005


_____ Debtor\*          /

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

    A petition under title 11, United States Code was filed against you in this bankruptcy court on 9/15/23, requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

        Address of the clerk:    Bryan Simpson United States Courthouse
                                 300 North Hogan Street
                                 Suite 3−150
                                 Jacksonville, FL 32202


At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

        Name and Address of      Jacqueline Fitzgerald
        Petitioner's Attorney:   6537 Bob O Link Rd
                                 Jacksonville, FL 32219

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

*Sheryl L. Loesch*

—————————————————————

Sheryl L. Loesch
Clerk of Court

FILED
07/21/2023

\* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

**[B2500e]** [Summons to Debtor in Involuntary Case for Summary Judgment]

# CERTIFICATE OF SERVICE

I, _____(name), certify that on _____(date), I served this summons and a copy of the involuntary petition on _____(name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date_____     Signature _____

Print Name: _____

Business Address: _____

_____

_____