**ORDERED.**

Dated: September 25, 2023

_Jacob A. Brown_
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                                                   Case No. 3:23-bk-2199-JAB

MOHELA,
                                                                                         Chapter 7
    Debtor.
_____/

## ORDER DISMISSING CASE AND SCHEDULING SHOW CAUSE HEARING ON WHY SANCTIONS SHOULD NOT BE IMPOSED AGAINST JACQUELINE FITZGERALD

This case came before the Court upon the Court's own Motion. On September 14, 2023, Jacqueline Fitzgerald filed this involuntary Chapter 7 bankruptcy petition against MOHELA.[1] MOHELA is a nonprofit government corporation created by the state of Missouri to perform the "essential public function" and further the public purpose of helping Missourians access student loans needed to pay for college.[2] "By

---

[1] (Doc. 1).
[2] *Biden v. Nebraska*, 143 S.Ct. 2355, 2365-66 (June 30, 2023).

law and function, MOHELA is an instrumentality of Missouri: It was created by the State to further a public purpose, is governed by state officials and state appointees, reports to the State, and may be dissolved by the State."[3]

Section 303 of the Bankruptcy Code provides that an involuntary bankruptcy case under Chapter 7 of the Bankruptcy Code may only be commenced against a "person"[4] that may be a debtor under Chapter 7.[5] Read together, §§ 101(27) and 101(41) of the Bankruptcy Code provide that an instrumentality of a state is not an entity that is eligible to be an involuntary debtor.[6] Section 303 also provides that the Court may grant judgment against a petitioner who files an involuntary case in bad faith for damages caused by the filing or punitive damages.[7]

Because MOHELA is clearly not eligible to be a debtor under the Bankruptcy Code, the Court finds that Ms. Fitzgerald filed this case against MOHELA in bad faith and will dismiss this Bankruptcy Case. The Court will retain jurisdiction for purposes of conducting a show cause hearing and possibly imposing sanctions. Upon the foregoing, it is

**ORDERED:**

1. This Bankruptcy Case is dismissed.

---

[3] *Id.* at 2366.
[4] The term "person" includes a corporation. 11 U.S.C. § 101(41).
[5] 11 U.S.C. § 303(a).
[6] 11 U.S.C §§ 101(27), (41).
[7] 11 U.S.C. § 303(i)(2).

2. The Court retains jurisdiction with respect to an award of possible sanctions against the petitioner, Jacqueline Fitzgerald, and matters related thereto.

3. Jacqueline Fitzgerald shall appear in person before this Court and show cause why sanctions should not be imposed for the bad faith filing of this involuntary Chapter 7 case on October 26, 2023 at 10:00 a.m. in Courtroom 4C, 4th Floor, Bryan Simpson United States Courthouse, 300 North Hogan Street, Jacksonville, Florida 32202.

Clerk's Office to serve