**ORDERED.**

Dated: October 27, 2023

_Jacob A. Brown_
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION
### www.flmb.uscourts.gov

IN RE:                                             CASE NO.: 3:23-bk-02199-JAB

                                                   CHAPTER 7

Mohela,

    Debtor.
_____/

## ORDER IMPOSING SANCTIONS

THIS CASE came before the Court upon Petitioning Creditor, Jacqueline Fitzgerald ("Ms. Fitzgerald"), filing a Chapter 7 Involuntary Petition against Mohela on September 14, 2023 (Doc. No. 1). The Court entered an Order Dismissing the Case on September 25, 2023 and scheduled a Show Cause Hearing (the "Show Cause Hearing") as to why sanctions should not be imposed against Ms. Fitzgerald (Doc. No. 5). Ms. Fitzgerald then filed an Amended Involuntary Petition on October

3, 2023 (Doc. No. 6). Thereafter, on October 4, 2023, the Court entered an Order Striking the Amended Involuntary Petition (Doc. No. 9).

The Show Cause Hearing was held on October 26, 2023 and Ms. Fitzgerald appeared pro se. Based on the statements made on the record at the Hearing by Ms. Fitzgerald, she was not aware of the requirements of the Bankruptcy Code. Upon consideration of the representations made by Ms. Fitzgerald at the Hearing and the Court's own review of the record in this case, it is

**ORDERED:**

1. The Court will impose a nonmonetary sanction against Ms. Fitzgerald for erroneously filing this involuntary bankruptcy petition pursuant to 11 U.S.C § 303.

2. Ms. Fitzgerald is barred from filing any involuntary bankruptcy petition throughout the entirety of the United States unless such petition is signed by a licensed attorney admitted to appear before the court in which any such petition may be filed.